UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXANDER BAYONNE STROSS,

    Plaintiff,

v.                                                                    Case No. 6:19-cv-388-Orl-37LRH

CHARLES L. ROBERSON, JR.,

    Defendant.
_____

## ORDER

Plaintiff Alexander Bayonne Stross sued Defendant Charles L. Roberson, Jr. for copyright infringement of Plaintiff's photograph with copyright registration number VAu 1-088-759 ("**Photograph**") in violation of 17 U.S.C. § 501. (Doc. 1 ("**Complaint**").) Plaintiff successfully obtained an entry of default against Defendant. (Docs. 12, 13.) Now, Plaintiff requests default judgment, damages, attorneys' fees and costs, and a permanent injunction against Defendant. (Doc. 14 ("**Motion**").) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends the Court grant the motion in part. (Doc. 17 ("**R&R**").) Specifically, Magistrate Judge Hoffman recommends the Court: (1) enter a default judgment and permanent injunction against Defendant; (2) award Plaintiff statutory damages in the amount of $45,000; (3) award Plaintiff attorneys' fees and costs in the amount of $3,553.85; and (4) deny the motion in all other respects. (*Id.*)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo*

*Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 17) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Motion for Entry of Final Judgment by Default Against Defendant Charles L. Roberson, Jr. (Doc. 14) is **GRANTED IN PART AND DENIED IN PART.**

3. The Motion is **GRANTED** as follows:

    a. Default Judgment is entered in favor of Plaintiff Alexander Bayonne Stross and against Defendant Charles L. Roberson, Jr.

    b. The Defendant Charles L. Roberson, Jr. his employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with him are **PERMANENTLY ENJOINED** from:

        i. Directly or indirectly infringing the Plaintiff Alexander Bayonne Stross' copyright in the Photograph with registration number VAu 1-088-759;

        ii. Continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from the

      Photograph with registration number VAu 1-088-759, or to participate or assist in any such activity; and

   iii. Directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of the Photograph with registration number VAu 1-088-759.

 c. The Court **AWARDS** Plaintiff Alexander Bayonne Stross statutory damages in the amount of $45,000 and $3,553.85 in attorneys' fees and costs against Defendant Charles L. Roberson, Jr.

4. In all other respects, the Motion is **DENIED**.

5. Plaintiff Alexander Bayonne Stross is **DIRECTED** to serve a copy of this Order on Defendant Charles L. Roberson, Jr. at his last known residential address via regular U.S. Mail.

6. The Clerk is **DIRECTED** to:

 a. Enter default judgment in favor of Plaintiff Alexander Bayonne Stross and against Defendant Charles L. Roberson, Jr. in the total amount of $48,553.85; and

 b. Close the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 21, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record